UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE C. ELEBY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. BEARD, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-02032-TLN-DB<br><br>**ORDER** |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On July 23, 2020, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 10.) Plaintiff has not filed objections to the findings and recommendations.

　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The findings and recommendations issued July 23, 2020 (ECF No. 10), are ADOPTED in full, and

2. This action is DISMISSED without prejudice for failure to state a claim and for failure to prosecute. *See* 28 U.S.C. § 1915A(b)(1); Fed. R. Civ. P. 41(b); L.R. 110.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: October 2, 2020

Troy L. Nunley
United States District Judge